JS-6

# UNITED STATES DISTRICT COURT,

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MAGDALENO, an individual, | Case No. 2:18-cv-03198 RGK (JCx) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER FOR DISMISSAL** |
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; SAI LONG BEACH B, INC. d/b/a LONG BEACH BMW-MINI, a California Limited Liability Company; and DOES 1 through 20, inclusive, | Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br>Trial Date: May 7, 2019 |
| Defendants. | |

## <u>ORDER</u>

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorneys' fees.

-1-

**[PROPOSED] ORDER OF DISMISSAL**

IT IS FURTHER ORDERED that this Court will retain jurisdiction to enforce the settlement terms and conditions of the settlement.

Dated: March 08, 2019

_____
Hon. R. Gary Klausner
United States District Judge

**[PROPOSED] ORDER OF DISMISSAL**